UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
No. _____

| | |
|---|---|
| Matthew Haney, as Trustee of the )<br>Gooseberry Island Trust )<br>Plaintiff )<br> )<br>v. )<br> )<br>Town of Mashpee, and Ron Bonvie, )<br>Sharon Sangeleer, William Blaisdell, )<br>Jonathan Furbush, and )<br>Scott Goldstein, as they are )<br>members and are collectively the )<br>Zoning Board of Appeals of the )<br>Town of Mashpee )<br>Defendants )<br> )<br> ) | **COMPLAINT** |

## INTRODUCTION

1. This action arises from a final decision of the Defendant, Zoning Board of Appeals of the Town of Mashpee, denying the Plaintiffs' applications for variances to construct a single-

   ... Island called Gooseberry Island located in

ORIGINAL DOCUMENT PRINTED WITH MICROPRINTED BORDER ON FRONT AND SECURE DOCUMENT WATERMARKS ON BACK - HOLD AT ANGLE TO VIEW.

**H & S REALTY LLC**
OPERATING ACCOUNT

CITIZENS BANK

1099

5-7017/2110

**** FOUR HUNDRED FIVE AND 00/100 DOLLARS

TO THE
ORDER OF          United States District Court

10/04/2024        $405.00*****