# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Matthew Haney, Trustee, Gooseberry Island Trust ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-CV-12562-IT |
| Town of Mashpee, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Town of Mashpee Zoning Board of Appeals and its Members.

Date: 01/02/2025

/s/ Amy E. Kwesell
*Attorney's signature*

Amy E. Kwesell, BBO# 647182
*Printed name and bar number*
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110

*Address*

akwesell@k-plaw.com
*E-mail address*

(617) 556-0007
*Telephone number*

*FAX number*

[Print] [Save As...] [Reset]