# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Matthew Haney, Trustee, Gooseberry Island Trust | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-CV-12562-IT |
| Town of Mashpee, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Town of Mashpee Zoning Board of Appeals and its Members .

Date: 01/02/2025

/s/ Deborah I. Ecker
*Attorney's signature*

Deborah I. Ecker, Esq. BBO# 554623
*Printed name and bar number*
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110

*Address*

decker@k-plaw.com
*E-mail address*

(617) 556-0007
*Telephone number*

*FAX number*