UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MATTHEW HANEY, AS TRUSTEE OF THE GOOSEBURY ISLAND TRUST<br>Plaintiff<br><br>v.<br><br>RON BONVIE, SHARON SANGELEER, WILLIAM BLAISDELL, JONATHAN FURBUSH, SCOTT GOLDSTEIN, as they are Members of the TOWN OF MASHPEE, ZONING BOARD OF APPEALS<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:24-cv-12562-BEM |

## NOTICE OF APPEARANCE

TO THE CLERK of the above named Court, kindly enter my appearance for Matthew Haney.


Respectfully Submitted,

February 18th, 2025

/s/ Jonas A. Jacobson
JONAS A. JACOBSON (BBO:676581)
Law Offices of Jonas Jacobson
2067 Massachusetts Ave., 5th Floor
Cambridge, MA 02140
617-230-2779
617-849-5547 (f)
jonas@jonasjacobson.com


CERTIFICATE OF SERVICE

I, Jonas Jacobson, hereby certify that the foregoing document was served on the date referenced above on all represented Parties through PACER/NEXTGEN, and that there are no unrepresented participants,

    /s/ Jonas A. Jacobson