UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:24-cv-12562-BEM

MATHEW HANEY, AS TRUSTEE OF THE GOOSEBERRY ISLAND TRUST,

    Plaintiff

v.

TOWN OF MASHPEE, AND RON BONVIE, SHARON SANGELEER, WILLIAM BLAISDELL, JONATHAN FURBUSH, AND SCOTT GOLDSTEIN as they are collectively the ZONING BOARD OF APPEALS OF THE TOWN OF MASHPEE,

    Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the Appearance of Deborah I. Ecker, Esq., as Attorney for the Defendants, Town of Mashpee and Ron Bonvie, Sharon Sangeleer, William Blaisdell, Jonathan Furbush, And Scott Goldstein as they are collectively the Zoning Board of Appeals of the Town of Mashpee in the above-captioned matter.

    DEFENDANTS,
    TOWN OF MASHPEE AND ZONING
    BOARD OF APPEALS OF THE TOWN
    OF MASHPEE,
    By their attorneys,

    */s/ Deborah I. Ecker*
    Amy E. Kwesell (BBO# 647182)
    Deborah I. Ecker (BBO# 554623)
    KP Law, P.C.
    101 Arch Street, 12th Floor
    Boston, MA 02110-1109
    (617) 556-0007
    akwesell@k-plaw.com
    decker@k-plaw.com

Dated: February 18, 2025
963862/17200/0205

CERTIFICATE OF SERVICE

      I, Deborah I. Ecker, hereby certify that I have caused a copy of the foregoing document to be served electronically on all parties who are registered participants of the Court's ECF system, and that I will serve by mail those parties who are non-registered participants, upon notification by the Court of those individuals who will not be served electronically.

      /s/ Deborah I. Ecker