UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATHEW HANEY, AS TRUSTEE OF THE GOOSEBERRY ISLAND TRUST,<br>Plaintiff<br><br>v.<br><br>TOWN OF MASHPEE, AND RON BONVIE, SHARON SANGELEER, WILLIAM BLAISDELL, JONATHAN FURBUSH, AND SCOTT GOLDSTEIN as they are collectively the ZONING BOARD OF APPEALS OF THE TOWN OF MASHPEE,<br>Defendants | DOCKET NO. 1:24-cv-12562-BEM |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND

NOW COMES the Plaintiff, and moves this Honorable Court for a short furthe EXTENSION of the time available to the Plaintiff to respond to the Defendants' Motion to Dismiss. As reasons therefore, the Plaintiff states that counsel received a number of Motion in Limine ahead of an upcoming trial, along with several other motions, and needs the additional time to complete his brief, and to get it proofread by a professional he has engaged.

The Defendant has assented to this Motion, which is for good cause, and is not for the purposes of delay.

WHEREFORE, the Plaintiff prays this Honorable Court EXTEND the time within which the Plaintiff may respond to the Defendants' Motion to Dismiss up to, and including March 28th, 2025.

Respectfully Submitted,
The Plaintiffs,
By their Attorney,                                                                                                          March 21st, 2025
/s/ Jonas A. Jacobson
JONAS A. JACOBSON (BBO:676581)
Law Offices of Jonas Jacobson
2067 Massachusetts Ave., 5th Floor
Cambridge, MA 02140
617-230-2779
617-849-5547 (f)
jonas@jonasjacobson.com

## **CERTIFICATE OF SERVICE**

I, Jonas Jacobson, state that the foregoing was served on all Parties of record, via counsel, through PACER/NEXT GEN, on the date listed above, and further state that there are no unrepresented Parties.

    /s/ Jonas A. Jacobson