UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW HANEY, AS TRUSTEE OF THE GOOSEBURY ISLAND TRUST, <br><br> Plaintiff, <br><br> v. <br><br> RON BONVIE, SHARON SANGELEER, WILLIAM BLAISDELL, JONATHAN FURBUSH, SCOTT GOLDSTEIN, as they are Members of the TOWN OF MASHPEE, ZONING BOARD OF APPEALS, <br><br> Defendants. | 1:24-cv-12562-BEM |

## **MOTION FOR ADMISSION PRO HAC VICE OF JEREMY TALCOTT**

Pursuant to Local Rule 83.5.3, I, Jonas A. Jacobson, a member in good standing of the bar of this Court, hereby move for the admission of Jeremy Talcott to appear pro hac vice in this case as counsel for Plaintiff, and state as follows:

1. Mr. Talcott is an attorney at the Pacific Legal Foundation. His business address is 555 Capitol Mall, Suite 1290, Sacramento, California 95814. His phone number and email address are (916) 419-7111 and JTalcott@pacificlegal.org.

2. Mr. Talcott is a member in good standing of the state bar of California (SBN 311490). There are no disciplinary proceedings pending against him.

3. Mr. Talcott's Rule 83.5.3(e)(3) certification is attached to this motion.

1

WHEREFORE, it is respectfully requested that Jeremy Talcott be admitted to practice before this Court pro hac vice for the purpose of appearing as co-counsel for Plaintiff in the above-referenced proceeding.

Respectfully submitted,

March 27, 2025.

/s/ Jonas A. Jacobson
JONAS A. JACOBSON (BBO:676581)
Law Offices of Jonas Jacobson
2067 Massachusetts Ave., 5th Floor
Cambridge, MA 02140
617-230-2779
617-849-5547 (f)
jonas@jonasjacobson.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Jonas A. Jacobson, hereby certify that the foregoing document was served on the date referenced above on all represented Parties through PACER/NEXTGEN, and that there are no unrepresented participants.

/s/ Jonas A. Jacobson
JONAS A. JACOBSON