UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW HANEY, AS TRUSTEE OF THE GOOSEBURY ISLAND TRUST,<br><br>　　　　Plaintiff,<br>　v.<br><br>RON BONVIE, SHARON SANGELEER, WILLIAM BLAISDELL, JONATHAN FURBUSH, SCOTT GOLDSTEIN, as they are Members of the TOWN OF MASHPEE, ZONING BOARD OF APPEALS,<br><br>　　　　Defendants. | 1:24-cv-12562-BEM |

## **RULE 83.5.3 CERTIFICATION OF ATTORNEY ROBERT H. THOMAS**

I, Robert H. Thomas, state as follows:

1. I am a member in good standing and duly licensed to practice law in the State of California, bar number 160367; and the State of Hawaii, bar number 4610-0.

2. I am a resident of California.

3. I am an attorney at the Pacific Legal Foundation, which is headquartered at 555 Capitol Mall, Suite 1290, Sacramento, California, 95814. I receive mail at that address. The office telephone number is (916) 419-7111.

4. I have been admitted to practice in the United States Court of Appeals for the Third, Fourth, Fifth, Ninth, and Federal Circuits, the U.S. District Court for the Northern District of California, the District of Hawaii, the U.S. Court of Federal Claims, and the U.S. Supreme Court.

1

5. I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary actions pending against me in any federal or state court. I have never had pro hac vice admission denied or revoked in any court for any reason.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7. If the Court grants the foregoing motion, I will represent Plaintiff pro bono in this proceeding and I agree that I shall be subject to the orders and to the disciplinary action and civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under penalty of perjury on this 27th day of March, 2025.

ROBERT H. THOMAS
Cal. Bar No. 160367
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
RThomas@pacificlegal.org

*Attorney for Plaintiff*