UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW HANEY, AS TRUSTEE OF THE GOOSEBURY ISLAND TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RON BONVIE, SHARON SANGELEER, WILLIAM BLAISDELL, JONATHAN FURBUSH, SCOTT GOLDSTEIN, as they are Members of the TOWN OF MASHPEE, ZONING BOARD OF APPEALS,<br><br>Defendants. | 1:24-cv-12562-BEM<br><br>**JURY DEMAND** |

NOW COMES the Plaintiff in the above-entitled action, and respectfully requests a trial by jury on all matters so triable, pursuant to Fed. R. Civ. P. 38(b)(1).

Dated: May 5, 2025.

Respectfully submitted,

/s/ Jeremy Talcott

| | |
|---|---|
| JONAS A. JACOBSON (BBO:676581)<br>Law Offices of Jonas Jacobson<br>2067 Massachusetts Ave., 5th Floor<br>Cambridge, MA 02140<br>617-230-2779<br>617-849-5547 (f)<br>jonas@jonasjacobson.com<br><br>*Pro Hac Vice | JEREMY TALCOTT*<br>Cal. Bar No. 311490<br>ROBERT H. THOMAS*<br>Cal. Bar No. 160367<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>(916) 419-7111<br>JTalcott@pacificlegal.org<br>RThomas@pacificlegal.org |

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, Jeremy Talcott, hereby certify that the foregoing document was served on the date referenced above on all represented Parties through PACER/NEXTGEN, and that there are no unrepresented participants.

/s/ Jeremy Talcott
JEREMY TALCOTT