UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:24-cv-12562-BEM

| | |
|---|---|
| MATHEW HANEY, AS TRUSTEE OF THE GOOSEBERRY ISLAND TRUST,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF MASHPEE, AND RON BONVIE, SHARON SANGELEER, WILLIAM BLAISDELL, JONATHAN FURBUSH, AND SCOTT GOLDSTEIN as they are collectively the ZONING BOARD OF APPEALS OF THE TOWN OF MASHPEE,<br><br>    Defendants | DEFENDANTS' MOTION<br>TO DISMISS PURSUANT TO<br><u>RULES 12(B)(1), 12(C), AND 12(H)(3)</u> |

Defendants Town of Mashpee (the "Town") and Ron Bonvie, Sharon Sangeleer, William Blaisdell, Jonathan Furbush, and Scott Goldstein, as they are collectively the Zoning Board of Appeals of the Town of Mashpee ("ZBA") (collectively the "Defendants"), hereby move to dismiss Plaintiff Mathew Haney's, as Trustee of the Gooseberry Island Trust's ("Plaintiff"), Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(c), and 12(h)(3) for the reasons set forth in the accompanying Memorandum of Law.

        Respectfully submitted,

        DEFENDANTS,
        TOWN OF MASHPEE and the ZONING BOARD
        OF APPEALS OF THE TOWN OF MASHPEE,

        By their attorneys,

        _____
        Amy E. Kwesell (BBO# 647182)
        Deborah I. Ecker (BBO# 554623)
        Justin M. Perrotta (BBO# 641828)
        KP Law, P.C.
         Town Counsel
        101 Arch Street, 12th Floor
        Boston, MA  02110-1109
        (617) 556-0007
        akwesell@k-plaw.com
        decker@k-plaw.com
        jperrotta@k-plaw.com

Date:  November 24, 2025

1005611/MASH/0205

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United State District Court for the District of Massachusetts, I hereby certify that I conferred with Plaintiff's Attorney on November 21, 2025, with respect to the Motion to Dismiss.

                                                Justin M. Perrotta, Esq.

CERTIFICATE OF SERVICE

I, Justin M. Perrotta, hereby certify that I have caused a copy of the foregoing document to be served electronically on all parties who are registered participants of the Court's ECF system, and that I will serve by mail those parties who are non-registered participants, upon notification by the Court of those individuals who will not be served electronically.

                                                Justin M. Perrotta, Esq.