UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:24-cv-12562-BEM

| | |
|---|---|
| MATHEW HANEY, AS TRUSTEE OF THE GOOSEBERRY ISLAND TRUST,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF MASHPEE, AND RON BONVIE, SHARON SANGELEER, WILLIAM BLAISDELL, JONATHAN FURBUSH, AND SCOTT GOLDSTEIN as they are collectively the ZONING BOARD OF APPEALS OF THE TOWN OF MASHPEE,<br><br>    Defendants | DEFENDANTS' MOTION<br>TO STAY DISCOVERY |

    Defendants Town of Mashpee (the "Town") and Ron Bonvie, Sharon Sangeleer, William Blaisdell, Jonathan Furbush, and Scott Goldstein, as they are collectively the Zoning Board of Appeals of the Town of Mashpee ("ZBA") (collectively the "Defendant"), hereby move to stay discovery in this action.

    As grounds therefore, Defendant states that a Motion to Dismiss has been filed contemporaneously herewith with the Court. If said Motion is granted, the case will be over. Therefore, in light of the Motion to Dismiss and for reasons of judicial economy, the Court should not consider Plaintiff's pending Motion to Compel Responses to Interrogatories (Docket No. 36) or Motion to Compel Defendants to Respond to Plaintiff's Request for Production of Documents (Docket No. 37) until after a decision is rendered on the Motion to Dismiss. Additionally, on November 20, 2025, after notifying Plaintiff's Counsel of Defendant's intent to file its Motion to Dismiss, Defendant received five Notices of Deposition and corresponding

Subpoena Deuces Tecum, noticing depositions on December 17th and 19th, 2025. Defendant should not have to appear for such depositions or respond to any subsequently served discovery requests until the Court decides the Motion to Dismiss.

Wherefore, Defendant seeks to have the Court allow its Motion to Stay Discovery until a decision is rendered on its Motion to Dismiss, filed contemporaneously herewith.

        DEFENDANTS,
TOWN OF MASHPEE and the ZONING BOARD OF APPEALS OF THE TOWN OF MASHPEE,

By their attorneys,

/s/ Amy E. Kwesell
Amy E. Kwesell (BBO# 647182)
Deborah I. Ecker (BBO# 554623)
Justin M. Perrotta (BBO# 641828)
KP Law, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA  02110-1109
(617) 556-0007
akwesell@k-plaw.com
decker@k-plaw.com
jperrotta@k-plaw.com

Date:  November 24, 2025
1006982/MASH/0205

2

## CERTIFICATE OF COMPLIANCE WITH L.R. 31.7

Pursuant to Local Rule 31.7(b) of the United States District Court for the District of Massachusetts, I hereby certify that I conferred with Plaintiff's Attorney on November 21, 2025, at 12:00pm by telephone conference with respect to the Motion to Stay Discovery.

_____
Justin M. Perrotta, esq.

## CERTIFICATE OF SERVICE

I, Justin M. Perrotta, hereby certify that I have caused a copy of the foregoing document to be served electronically on all parties who are registered participants of the Court's ECF system, and that I will serve by mail those parties who are non-registered participants, upon notification by the Court of those individuals who will not be served electronically.

_____
Justin M. Perrotta, Esq.