UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

MATTHEW HANEY, AS TRUSTEE OF     )
THE GOOSEBURY ISLAND TRUST       )
Plaintiff                        )
                                 )
v.                               )          1:24-cv-12562-BEM
                                 )
RON BONVIE, SHARON SANGELEER,    )
WILLIAM BLAISDELL, JONATHAN      )
FURBUSH, SCOTT GOLDSTEIN, as     )
they are Members of the TOWN OF  )
MASHPEE, ZONING BOARD OF         )
APPEALS                          )
Defendants_____)

## JOINT STATUS REPORT

**NOW COME** the Parties in the above entitled action, and hereby advise the Court as to their efforts to advance the within case:

(1).    Where the discovery period has come and gone, and the Town has agreed to provide written emails, and certain other additional Town Planning documents on or before June 3rd, 2026, and the Plaintiff's Initial Disclosures and other discovery responses are adequate to the Town, the Parties agree that a trial in this matter is the appropriate next step.

(2).    Both Parties agree that  March of 2027 is a reasonable amount of time within which to prepare for trial.

(3).    The Parties estimate a trial of this matter will take about ten (10) business days.

(4).    The Defendant would like to file certain of its own Motions in Limine at a time well prior to trial, in August or September, as Defendant believes earlier resolution of some Motions in Limine would significantly aid trial preparation, could resolve or narrow certain trial issues, and may aid the potential

1

resolution efforts discussed below.  This would be without prejudice to the Plaintiff's right to later file its

Motions in Limine, or for Defendant to file others later.

(5).     The Parties have been actively exploring a resolution of this case, and their efforts are ongoing.

(6).     The Parties agree to promptly notify the Court if they are able to resolve this case, or to

substantially limit the scope of Trial.

Respectfully Submitted,

The Plaintiff, Matthew Haney, as he is,
Trustee of the Goosebury Island Trust,
By his Attorney,

/s/ Jonas A. Jacobson
JONAS A. JACOBSON (BBO:676581)
Law Offices of Jonas Jacobson
2067 Massachusetts Ave., 5th Floor
Cambridge, MA 02140
617-230-2779
617-849-5547 (f)
jonas@jonasjacobson.com

The Town of Mashpee Zoning Board
of Appeals
By its Attorney,

/s/ Justin M. Perotta_____
Justin M. Perrotta (BBO# 641828)
Amy E. Kwesell (BBO# 647182)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
    Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
jperrotta@k-plaw.com
akwesell@k-plaw.com
decker@k-plaw.com

CERTIFICATE OF SERVICE

I, Jonas Jacobson, hereby certify that the foregoing document was served on the date referenced above
on all represented Justin Perotta, Esq. and Deborah Ecker, Esq., via email.

        /s/ Jonas A. Jacobson