UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MATTHEW HANEY, AS TRUSTEE OF THE GOOSEBURY ISLAND TRUST<br>Plaintiff | ) | |
| v. | ) | 1:24-cv-12562-BEM |
| RON BONVIE, SHARON SANGELEER, WILLIAM BLAISDELL, JONATHAN FURBUSH, SCOTT GOLDSTEIN, as they are Members of the TOWN OF MASHPEE, ZONING BOARD OF APPEALS<br>Defendants | ) | |

**JOINT MOTION TO EXTEND DEADLINES**

**NOW COME** the Parties in the above entitled action, and hereby advise the Court as follows:

(1). The Parties are presently obligated to provide to one another, by September 28th, 2026 the following:

a. All photographs, documents, instruments and other objects either party intends to offer as exhibits at trial, other than solely for impeachment;

b. The names, addresses and telephone numbers of witnesses each party intends to call at trial, including expert witnesses;

c. The names of witnesses, if any, whose testimony is to be presented by means of deposition and a transcript of the pertinent portions of the deposition testimony.

(2). The Parties each need additional time in order to make an appropriate exchange of factual documents, and request that the Court's deadline be extended 14 days to October 12th, 2026, with a revised objection deadline of October 23rd, 2026.

(3). Assuming the Court agrees to extend the foregoing deadline, the Parties also request that the Court extend the time within which to meet to discuss settlement from October 13th, 2026 (when local counsel is on trial anyway in the Suffolk Superior Court) to October 23rd, 2026; and extend the deadline for the filing of the Parties' Final Pretrial Memorandum and Trial Briefs from October 20th, 2026 to November 2nd, 2026, and reschedule the Final Trial Conference in this Matter from November 10th, 2026 to November 18th, 2026, to give the Court time to review the Parties' materials.

WHEREFORE, the Parties to the above-entitled action pray this Honorable Court AMEND its Trial ORDER in this Matter scheduling deadlines as follows:

| | |
|---|---|
| Exchange of Evidence/Witness Lists | October 12th, 2026 |
| Objection Deadline | October 23rd, 2026 |
| In Person Settlement Conference | October 23rd, 2026 |
| Final Pretrial Memorandum | November 2nd, 2026 |
| Trial Brief | November 2nd, 2026 |
| Final Trial Conference Date | November 18th, 2026 at 2PM in Courtroom 12 |

Respectfully submitted,

/s/ Jonas A. Jacobson
JONAS A. JACOBSON (BBO:676581)
Law Offices of Jonas Jacobson
2067 Massachusetts Ave., 5th Floor
Cambridge, MA 02140
617-230-2779
jonas@jonasjacobson.com

/s/ Jeremy Talcott
JEREMY TALCOTT*
Cal. Bar No. 311490
ROBERT H. THOMAS*
Cal. Bar No. 160367
JOHANNA TALCOTT*
Fla. Bar No. 1008094
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
JTalcott@pacificlegal.org
RThomas@pacificlegal.org
jotalcott@pacificlegal.org
**Pro Hac Vice*

*Attorneys for Plaintiff*

The Town of Mashpee Zoning Board of Appeals
By its Attorney,

/s/ Justin M. Perotta
Justin M. Perrotta (BBO# 641828)
Amy E. Kwesell (BBO# 647182)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
jperrotta@k-plaw.com
akwesell@k-plaw.com
decker@k-plaw.com

**CERTIFICATE OF SERVICE**

I, Jeremy Talcott, hereby certify that on September 28, 2026, the foregoing document was served on all represented Parties via email:

Deborah I. Ecker
decker@k-plaw.com

Justin M. Perrotta
jperrotta@k-plaw.com

Amy E. Kwesell
akwesell@k-plaw.com

/s/ Jeremy Talcott
**JEREMY TALCOTT**